UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DONNIE MULKEY, | ) | |
| Plaintiff, | ) ) | |
| | ) | 1:08-CV-4 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| SRI SURGICAL EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' joint motion for a status conference and to continue the hearing on Defendant's motion to amend its answer [Doc. 50]. A brief telephonic hearing was held on June 29, and the parties agreed that a status conference is not necessary at this time. The motion for a status conference [Doc. 50] is therefore **STRICKEN AS MOOT**. The parties also agreed to a new hearing date of July 16, 2010, on Defendant's motion to amend. Accordingly, the motion to continue that hearing is **GRANTED**. The hearing, currently set for July 2, 2010, is hereby rescheduled to **July 16, 2010**, at 9:00 a.m.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE